IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BRINING<br><br>                Plaintiff<br><br>v.<br><br>WHYY, Inc.;<br>KAREN PETERSON; and<br>SCOTT LARKIN<br><br>                Defendants | :<br>:<br>:<br>:<br>: Civil Action No.: 17-5064 (RMB/JS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW, upon consideration of Plaintiff's Brief in Support of Transfer Pursuant to 28 U.S.C. §1404(a) it is hereby ORDERED that this matter shall be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1404(a).

Dated: September 15, 2017

_____
Judge Renee Marie Bumb
United States District Judge